IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON AIRSMAN, JR.                                                                                        PLAINTIFF

VS.                                    Civil No. 4:12-cv-4094

CHRISTI McQUEEN, *et al*                                                                         DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 30, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that the above-styled case be dismissed without prejudice for failure to follow a court order and failure to comply with the Local Rules. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge